United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Burchett, Lynne S | ) | Case No.  10 B 14551 |
| | ) | Judge  A. Benjamin Goldgar |

## NOTICE OF MOTION

Debtor Attorney:

Burchett, Lynne S

Lynne S. Burchett
8351 S Rhodes
Chicago, IL  60619

Mail

On May 11, 2010 at 10:00 AM, I will appear at the location listed to the right, and present this motion.

> Courtroom 613
> 219 S Dearborn St
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this Notice to be delivered to the persons named above by the methods indicated on or before Saturday, April 24, 2010

/s/ MARILYN O. MARSHALL
for MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349(a), and Rule 3015, and in support thereof states the following:

1. Debtor filed for Chapter 13 on 04/01/10.
2. Debtor failed to file with his petition the items listed below:

    Schedule A           Schedule G
    Schedule B           Schedule H
    Schedule C           Schedule I
    Schedule D           Schedule J
    Schedule E           Chapter 13 Plan
    Schedule F

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ MARILYN O. MARSHALL
for MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500
(312) 431-1300