UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Burchett, Lynne S<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 10 B 14551<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

## Order Dismissing Case

This matter coming before the Court on Trustee's motion to Dismiss for failure to file required documents, the Court having heard the facts and the arguments of Counsel,
IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **2 5 MAY 2010**

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500
(312) 431-1300

Rev:20081125